# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUCIO AGUILAR-BARRERA, <br><br> Defendant. | CASE NO. 1:13-CR-00134-LJO-SKO-1 <br><br> ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING INITIAL BRIEFING SCHEDULE <br><br> (ECF No. 14) |

On June 27, 2016, Petitioner Lucio Aguilar-Barrera filed a *pro se* motion entitled: "Motion: Collateral Review Under Johnson & Welch with Affidavit of Truth and Facts, Points and Authorities," and "Successive Motion Under 28 U.S.C. 2255 Request: Habeas Relief for Resentence," (ECF No. 14), which specifies that the motion is pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"). In his motion, Petitioner asserts that *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016), may impact the length of his sentence. *See* ECF No. 14 at 1. To efficiently process petitions under *Johnson* and *Welch*, and following Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **September 30, 2016** to file a supplement to Petitioner's *pro se* Section 2255 Motion **or** notify the Court that it does not intend to file such a supplement. Upon the FDO's filing, the Court will determine whether it is appropriate to issue an order setting a further briefing schedule. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.
IT IS SO ORDERED.

Dated: **August 18, 2016**        /s/ Lawrence J. O'Neill
                    UNITED STATES CHIEF DISTRICT JUDGE